**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAIM SARWAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:20-cv-3694 |
| | * |
| HONEYBEE HOSPITALITY, LLC | * |
| | * |
| Defendant. | * |

**CONSENT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Saim Sarwar, an individual ("Plaintiff"), and Defendant Honeybee Hospitality, LLC ("Honeybee") by and through undersigned counsel, hereby file this Consent Motion to Stay All Deadlines and Notice of Settlement (the "Consent Motion"), and in support thereof state as follows:

1. All matters in controversy between Plaintiff and Defendant have been settled, in principle. The parties are in the process of finalizing the terms of a written settlement agreement and wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expenses.

2. The parties anticipate they will be able to finalize the written settlement agreement and submit dismissal papers within approximately 30 days.

3. Accordingly, Plaintiff and Defendant jointly and respectfully request that this Court grant a stay of the proceedings between them, including all deadlines, until May 3, 2021.

4. The parties submit that good cause exists for granting this Consent Motion and that it is not being filed for purposes of delay, but so that justice may be served.

5. A proposed order is attached hereto.

Wherefore, Saim Sarwar and Honeybee Hospitality, LLC respectfully request that the Court enter the proposed order submitted with this Consent Motion and grant the parties such other and further relief to which they are entitled.

Dated:  March 22, 2021

Respectfully submitted,

FRIEDLANDER MISLER, PLLC

*/s/ Lindsay A. Thompson*

_____
Lindsay A. Thompson #995814
5335 Wisconsin Ave., NW
Suite 600
Washington, D.C.  20015
(202) 872-0800
(202) 857-8343 (fax)
*lathompson@dclawfirm.com*
*Counsel for Defendant Honeybee Hospitality, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing *Consent Motion to Stay All Deadlines and Notice of Settlement* was sent, via the Court's ECF system, this 22nd day of March, 2021 to:

Tristan Gillespie, Esq.
THOMAS B. BACON, P.A.
600 Blakenham Court
Johns Creek, GA 30022
*gillespie.tristan@gmail.com*

                    */s/ Lindsay A. Thompson*

                    _____
                    Lindsay A. Thompson